| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | Crim Misc 01 Page 12 |
| | | DOCKET NUMBER (Rec. Court) |
| | | **09 CR 10371** |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | DIVISION<br>U.S. Probation |
| Diego Mas Marques<br>32 Webster Street<br>Medford, Massachusetts 02155 | NAME OF SENTENCING JUDGE<br>Honorable **George B. Daniels** | |
| | DATES OF PROBATION SUPERVISED RELEASE | FROM<br>August 20, 2008 — TO August 19, 2011 |

OFFENSE

Two counts of Burglary, Penal Code 1995, Article 202 and one count of Willful Homicide, Penal Code 1995, Article 138.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **DISTRICT OF MASSACHUSETTS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

OCT 0 8 2009
Date

*signature*
**GEORGE B. DANIELS**
United States District Court Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Nov. 29, 2009
Effective Date

*signature*
United States District Judge